

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00031-CR

LAUREN MARIE HOPFENSPIRGER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-22-28318

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Pursuant to an agreement with the State, Lauren Marie Hopfenspirger entered an open plea of guilty to intentionally or knowingly causing serious injury to a child.[1] After a unitary hearing, the trial court found Hopfenspirger guilty of attempt to intentionally or knowingly cause serious injury to a child and sentenced her to eighteen years' imprisonment. On appeal,[2] Hopfenspirger asserts that, by finding her guilty of the lesser-included offense of attempt to intentionally or knowingly cause serious injury to a child, the trial court went beyond her agreement with the State and violated her due process right to withdraw her guilty pleas in this case, as well as that case.

Hopfenspirger asserted this same issue in her appeal in cause number 06-23-00029-CR, and we determined that we lacked jurisdiction over that appeal. For the reasons stated therein, we likewise conclude that we lack jurisdiction over this appeal.

We dismiss this appeal for want of jurisdiction.

Scott E. Stevens<br>Chief Justice

Date Submitted:    August 28, 2023
Date Decided:    August 29, 2023

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 22.04(e) (Supp.).

[2]In our cause number 06-23-00029-CR, Hopfenspirger appeals her conviction for aggravated assault with a deadly weapon. In our cause number 06-23-00030-CR, she appeals her conviction for family violence assault by impeding the normal breathing or circulation of the blood of the person by blocking the complainant's nose or mouth.